JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Keith Hoogstad

**DEFENDANTS**
United States of America and Kent Garrison

**(b)** County of Residence of First Listed Plaintiff: **Peach County, Georgia**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
David Dozier; Dozier Law Firm; 487 Cherry Street, Macon, Georgia 31201; 478-742-8441

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ [x] 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 2671

Brief description of cause:
Motor vehicle accident where Defendant was operating a motor vehicle during the course and scope of employment with the United States Army.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** _____

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: 2/4/2022
SIGNATURE OF ATTORNEY OF RECORD: *David Dozier* (signature)

**FOR OFFICE USE ONLY**
RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KEITH HOOGSTAD, | : |
| | : |
| Plaintiff, | : |
| | : Civil Action File |
| vs. | : |
| | : No. _____ |
| UNITED STATES OF AMERICA | : |
| and KENT GARRISON, | : |
| | : |
| Defendants. | : |

## COMPLAINT FOR DAMAGES

COMES NOW, the Plaintiff, and hereby files this, his Complaint for Damages, under the Federal Tort Claims Act, for personal injuries, by showing this Honorable Court as follows:

### Jurisdiction and Venue

1.

This is an action for personal injuries, against the United States of America under the Federal Tort Claims Act, 28 U.S.C. § 2671, *et seq.* Jurisdiction is appropriate in this Court pursuant to 28 U.S.C. § 1346(b)(1). Venue is appropriate in this Court pursuant to 28 U.S.C. § 1402(b).

1

2.

A claim was presented on behalf of the Plaintiff to the United States Army Claims Service, via Standard Form 95 through certified mail, return receipt requested on July 21 ,2021, which was within two (2) years of the date of the occurrence of the subject matter of this action. To date, Plaintiff has not been notified in writing of a final denial of said claim. However, six (6) months has passed since Plaintiff presented his claim, thereby, effectuating a denial of said claim pursuant to 28 U.S.C § 2675.

3.

Pursuant to Federal Rule of Civil Procedure 4(i), service of this lawsuit shall be effectuated by sending a copy of the summons and complaint, by certified mail, addressed to the Civil Process Clerk, at the office of the United States Attorney's Office-Middle District of Georgia, 400 Mulberry Street, Suite 400, Macon, Georgia 31201 and by sending a copy of the summons and complaint by certified mail, return receipt requested, to the Attorney General of the United States, Merrick B. Garland, at the U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

4.

Defendant, Kent Garrison, is a resident of Texas, however, he is subject to the jurisdiction and venue of this Court. Defendant Garrison may be served with process at his current residential address, to wit: 6301 Taree Loop, Killeen, Texas, 76549.

**Facts**

5.

On or about February 5, 2020, at approximately 3:21 P.M., in Peach County, Georgia, Plaintiff, Keith Hoogstad was operating a motor vehicle in the westbound direction on GA Highway 96 that was stopped behind a school bus that had its red flashing lights activated.

6.

At that same time, Kent Garrison, an employee of the United States Army, acting within the course and scope of his employment, was travelling in the westbound direction of GA Highway 96 approaching Plaintiff's stationary vehicle from behind.

7.

On or about February 5, 2020, at approximately 3:21 P.M., Kent Garrison approached Plaintiff's vehicle from the rear, negligently failing to bring his vehicle to stop, and collided with the vehicle being driven by the Plaintiff Keith Hoogstad.

## Negligence

8.

On said date, Keith Hoogstad was operating his motor vehicle in a lawful and safe manner.

9.

On said date, Kent Garrison operated his government vehicle in such a manner as to cause it to collide with the motor vehicle being operated by Keith Hoogstad.

10.

The collision was caused by the negligence of Kent Garrison, particularly in that he:

1. Failed to keep a proper lookout;
2. Failed to keep his automobile under proper control;
3. Failed to perform a proper and timely application of the brakes; and
4. Failed to steer his automobile so as to avoid colliding with Keith Hoogstad's motor vehicle.

## Damages

11.

As a direct result of the collision, proximately caused by the negligence of Kent Garrison, while acting within the course and scope of his employment with the United States Army, Keith Hoogstad has sustained serious injuries.

12.

As a direct result of the collision, proximately caused by the negligence of Kent Garrison, while acting within the course and scope of his employment with the United States Army, Keith Hoogstad sustained extensive property damage to his 2013 Toyota Tundra.

13.

As a direct result of the collision, proximately caused by the negligence of Kent Garrison, while acting within the course and scope of his employment, and as a direct result of the injuries suffered in said collision, Keith Hoogstad, has incurred extensive medical expenses in excess of $3,052.00, property damage in excess of $5,620.08, as well as lost wages in excess of $1.00.

14.

As a direct result of the collision, proximately caused by the negligence of Kent Garrison, while acting within the course and scope of his employment, Keith Hoogstad has experienced physical pain and suffering.

15.

Each negligent act of Kent Garrison, while acting within the course and scope of his employment, or a combination thereof, was the direct and proximate cause of the collision and the physical injuries and damages suffered by Keith Hoogstad.

**Prayer**

WHEREFORE, Plaintiff prays:

(a) That summons issue as required by law;

(b) That Plaintiff have a judgment against Defendants for all of Plaintiff's special damages incurred as a result of this accident;

(c) That Plaintiff have a judgment against Defendants for Plaintiff's general damages, including her bodily injury, pain, suffering, harms, and losses, in an amount to be determined by a fair and impartial jury;

(d) That all costs in this action be borne by Defendants; and

(e) That this Honorable Court provide any and all other and further relief it deems necessary for the full administration of justice.

This 4th day of February, 2022.

/s/ David Dozier
David Dozier
Georgia Bar No. 228898
Attorney for Plaintiff

DOZIER LAW FIRM, LLC
327 Third Street
P.O. Box 13
Macon, Georgia 31202-0013
(478) 742-8441
david@dozierlaw.com

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia ▼

KEITH HOOGSTAD )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.
UNITED STATES OF AMERICA and KENT )
GARRISON )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITED STATES OF AMERICA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
David Dozier
487 Cherry Street
Macon, Georgia 31201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia  ▼

| | |
|---|---|
| KEITH HOOGSTAD <br><br> *Plaintiff(s)* <br> v. <br> UNITED STATES OF AMERICA and KENT GARRISON <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KENT GARRISON
6301 Taree Loop
Killeen, Texas, 76549

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
David Dozier
487 Cherry Street
Macon, Georgia 31201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____
                                                                                *Signature of Clerk or Deputy Clerk*